## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re Emmanuel College Data Security Incident* | Case No.: 1:24-cv-10314-AK **Hon. Angel Kelley, District Judge** |

### JOINT STATUS REPORT AND MOTION TO EXTEND STAY OF
### CASE TO FORMALIZE SETTLEMENT AND MOVE FOR PRELIMINARY APPROVAL

Plaintiffs Elizabeth Parchinskya, Grace Viviano, Brian Hamdan, Sopiya Shrestha, Casey Whalen and Luke Millspaugh (collectively "Plaintiffs") and Defendant The Trustees of Emmanuel College ("Defendant") (collectively, the "Parties") provide the Court with the following post-mediation status report, and move to extend the existing stay by forty-five (45) days, through and including December 14, 2024, to allow the Parties to formalize their settlement agreement and move for preliminary approval.

### Status Report and Basis for Motion to Extend Stay

1.      On June 24, 2024, the Parties filed their Joint Motion to Stay Case Pending Mediation (the "Motion"). (ECF No. 21.) At that time, the parties had yet to select a mediator and mediation date. Thus, the Joint Motion proposed that the Parties file a supplemental notice no later than July 3, 2024 identifying their agreed-upon mediator and mediation date.

2.      On June 25, the Court granted the Motion. (ECF No. 22.)

3.      On June 27, the Parties filed a Supplemental Notice advising the Court that the mediation had been scheduled with experienced mediator Andrew S. Nadolna, Esq. for September 10, 2024, the first date on which the Parties, their counsel, and Mr. Nadolna were all available.

4.      On August 28, the Parties submitted their Second Supplemental Notice to advise

the Court that, by agreement of the Parties, due to an unforeseen scheduling conflict, the mediation had been rescheduled (still with Mr. Nadolna) for October 16, 2024, the first later date on which all necessary participants are available. (ECF No. 24.)

5.      On October 16, the mediation occurred as planned. However, despite a full day of discussions, the Parties were unable to reach agreement that day.

6.      The Court's June 25 Order instructed the Parties to provide a status update within fourteen days of the mediation (*i.e.*, by October 30, 2024) concerning the mediation's outcome and recommend next steps.

7.      Although the Parties were unable to settle on October 16, they continued to negotiate the matter, and after further productive discussions, on October 29 they reached an agreement in principle on the core economic terms of a class-wide settlement.

8.      In light of the complexities associated with formalizing and documenting the terms of the Parties' agreement—together with preparing the necessary paperwork to move for preliminary approval of the same—the Parties respectfully request an extension of the existing stay by an additional 45 days, through and including December 14, 2024.

9.      Consistent with the existing stay, the Parties propose to either move for preliminary approval of their settlement agreement or file an updated status report in the event they are not ready to move for preliminary approval within the requested timeframe.

### Incorporated Memorandum of Law in Support of Motion to Extend Stay

10.      "Every court is vested with the power to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *New Balance Athletic Shoe, Inc. v. Converse, Inc.*, 86 F. Supp. 3d 35, 36 (D. Mass. 2015). "This Court may therefore . . . stay proceedings in its discretion through the exercise of judgment, which must weigh

competing interests and maintain an even balance." *Id.* (internal quotations and citation omitted).

11.     For the reasons outlined in paragraphs 1 through 9 above, the Parties respectfully suggest that a 45-day extension of the existing stay of the proceedings is warranted.

WHEREFORE, the Parties respectfully request that this Court enter an Order: (1) extending the existing stay by 45 days, through and including December 14, 2024; and (2) instructing the parties to either move for preliminary approval of their settlement or file an updated status report within that timeframe.

Respectfully submitted, this <u>30th</u> day of October, 2024.

**Lindsey A. Gil**
BBO # 679626
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02210
T: 617.951.2004
*lgil@peabodyarnold.com*

**Christopher G. Dean\*\***
Ohio Attorney Registration # 92883
McDonald Hopkins LLC
600 Superior Avenue, E., Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
*cdean@mcdonaldhopkins.com*

*/s/ Jeffrey S. Haut*
**Jeffrey S. Haut\*\***
Florida Bar # 124127
McDonald Hopkins LLC
501 South Flagler Drive, Suite 200
West Palm Beach, Florida 33401
P: 561.847.2356
*jhaut@mcdonaldhopkins.com*

***Counsel for Defendant The Trustees of Emmanuel College***

***\*\* Admitted Pro Hac Vice***

Kevin Laukaitis\*\*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
P: 215.789.4462
*klaukaitis@laukaitislaw.com*

James J. Reardon (BBO# 566161)
**REARDON SCANLON LLP**
45 South Main Street, 3rd Floor
West Hartford, CT 06107
P: 860.944.9455
*james.reardon@reardonscanlon.com*
***Counsel for Plaintiff Parchinskya***

Randi Kassan (BBO # 568656)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: 212.594.5300
*rkassan@milberg.com*

*/s/ David K. Lietz (For All Consolidated Plaintiffs)*
David K. Lietz**
**MILBERG COLEMAN BRYSON PHILLIPS**
**GROSSMAN, PLLC 5335**
Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
P: .866.252.0878
*dlietz@milberg.com*
***Counsel for Plaintiff Viviano***

Patrick J. Sheehan (BBO #639320)
**WHATLEY KALLAS, LLP**
101 Federal Street, 19th Floor
Boston, MA 02110
P: 617.203.8459
*psheehan@whatleykallas.com*

Daniel O. Herrera++
Nickolas J. Hagman++
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
P: 312.782.4880
*dherrera@caffertyclobes.com*
*nhagman@caffertyclobes.com*
***Counsel for Plaintiff Hamdan***

Daniel Srourian**
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
P: 213.474.3800
*daniel@slfla.com*
***Counsel for Plaintiff Shrestha***

Robert J. Maselek, Jr. (BBO # 564690)
**MCDONOUGH COHEN & MASELEK**
53 State Street, Suite 500
Boston, MA 02109
P: 617.742.6520 (Ext. 246)
*rmaselek@mcmlawfirm.com*

4

Carl V. Malmstrom**
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois  60604
P: 312.984.0000
*malmstrom@whafh.com*
***Counsel for Plaintiffs Whalen & Millspaugh***

**\*\* Admitted Pro Hac Vice**
**++ Motion for Admission Pro Hac Vice**
***Forthcoming***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 30, 2024, the undersigned filed via CM/ECF the foregoing document, which will thereby serve a true and correct copy of the same electronically upon all counsel of record in this action at all email addresses designated by them for service.

*/s/ Jeffrey S. Haut.*
**Jeffrey S. Haut, Esq.\*\***
Florida Bar No. 124147
*Counsel for Defendant*
*The Trustees of Emmanuel College*

**\*\*Admitted Pro Hac Vice**

5