# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re Emmanuel College Data Security Incident* | Case No.: 1:24-cv-10314-AK<br><br>**Hon. Angel Kelley, District Judge** |

### JOINT STATUS REPORT AND SECOND MOTION TO EXTEND STAY OF CASE TO FORMALIZE SETTLEMENT AND MOVE FOR PRELIMINARY APPROVAL

Plaintiffs Elizabeth Parchinskya, Grace Viviano, Brian Hamdan, Sopiya Shrestha, Casey Whalen and Luke Millspaugh (collectively "Plaintiffs") and Defendant The Trustees of Emmanuel College ("Defendant") (collectively, the "Parties") provide the Court with the following post-mediation status report, and move to extend the existing stay by forty-five (45) days, through and including January 28, 2025, to allow the Parties to finalize their settlement agreement and move for preliminary approval.

### Updated Status Report and Basis for Motion to Extend Stay

1. On June 25, 2024, this Court stayed this matter pending mediation. (ECF No. 22.)

2. On October 16, the Parties mediated this matter with Andrew S. Nadolna, Esq.

3. On October 29, following the mediation, the Parties reached an agreement in principle on the core economic terms of a class-wide settlement.

4. In light of the complexities associated with formalizing and documenting the terms of the Parties' agreement – together with preparing the necessary paperwork to move for preliminary approval of the same – the Parties sought a further extension of the existing stay through December 14, 2024, which this Court granted. (ECF No. 25.)

5. The Parties have made appreciable progress towards completing the Settlement

34614678.3

Agreement and necessary paperwork to move for preliminary approval.

6. In light of the complexities associated with negotiating the final terms of the Settlement Agreement – together with the existing professional and pre-planned personal commitments of counsel during the upcoming winter holidays – the Parties respectfully request a forty-five (45) day extension, through and including January 28, 2025, to complete their drafting and move for preliminary approval, or to provide a further updated status report to this Court.

**Incorporated Memorandum of Law in Support of Motion to Extend Stay**

7. "Every court is vested with the power to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *New Balance Athletic Shoe, Inc. v. Converse, Inc.*, 86 F. Supp. 3d 35, 36 (D. Mass. 2015). "This Court may therefore . . . stay proceedings in its discretion through the exercise of judgment, which must weigh competing interests and maintain an even balance." *Id.* (internal quotations and citation omitted).

8. For the reasons outlined in paragraphs 1 through 6 above, the Parties respectfully request a forty-five (45) day extension of the existing stay of the proceedings is warranted.

WHEREFORE, the Parties respectfully request that this Court enter an Order: (1) extending the existing stay by forty-five (45) days, through and including January 28, 2025; and (2) instructing the Parties to either move for preliminary approval of their settlement or file an updated status report within that timeframe.

Respectfully submitted, this 12th day of December, 2024.

| | |
|---|---|
| **Lindsey A. Gil** <br> BBO # 679626 <br> Peabody & Arnold LLP <br> 600 Atlantic Avenue <br> Boston, MA 02210 <br> T: 617.951.2004 <br> *lgil@peabodyarnold.com* | Kevin Laukaitis** <br> **LAUKAITIS LAW LLC** <br> 954 Avenida Ponce De Leon Suite 205, #10518 <br> San Juan, PR 00907 <br> P: 215.789.4462 <br> *klaukaitis@laukaitislaw.com* |
| **Christopher G. Dean**** <br> Ohio Attorney Registration # 92883 <br> McDonald Hopkins LLC <br> 600 Superior Avenue, E., Suite 2100 <br> Cleveland, Ohio 44114 <br> P: 216.348.5400 <br> *cdean@mcdonaldhopkins.com* | James J. Reardon (BBO# 566161) <br> **REARDON SCANLON LLP** <br> 45 South Main Street, 3rd Floor <br> West Hartford, CT 06107 <br> P: 860.944.9455 <br> *james.reardon@reardonscanlon.com* <br> **Counsel for Plaintiff Parchinskya** |
| */s/ Jeffrey S. Haut* <br> **Jeffrey S. Haut**** <br> Florida Bar # 124127 <br> McDonald Hopkins LLC <br> 501 South Flagler Drive, Suite 200 <br> West Palm Beach, Florida 33401 <br> P: 561.847.2356 <br> *jhaut@mcdonaldhopkins.com* | Randi Kassan (BBO # 568656) <br> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** <br> 100 Garden City Plaza, Suite 500 <br> Garden City, NY 11530 <br> P: 212.594.5300 <br> *rkassan@milberg.com* |
| **Counsel for Defendant The Trustees of Emmanuel College** <br><br> ** *Admitted Pro Hac Vice* | */s/ David K. Lietz (For All Consolidated Plaintiffs)* <br> David K. Lietz** <br> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** 5335 Wisconsin Avenue NW, Suite 440 <br> Washington, D.C. 20015-2052 <br> P: .866.252.0878 <br> *dlietz@milberg.com* <br> **Counsel for Plaintiff Viviano** |
| | Patrick J. Sheehan (BBO #639320) <br> **WHATLEY KALLAS, LLP** <br> 101 Federal Street, 19th Floor <br> Boston, MA 02110 <br> P: 617.203.8459 <br> *psheehan@whatleykallas.com* |

3

Daniel O. Herrera++
Nickolas J. Hagman++
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
P: 312.782.4880
*dherrera@caffertyclobes.com*
*nhagman@caffertyclobes.com*
*Counsel for Plaintiff Hamdan*

Daniel Srourian**
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
P: 213.474.3800
*daniel@slfla.com*
*Counsel for Plaintiff Shrestha*

Robert J. Maselek, Jr. (BBO # 564690)
**MCDONOUGH COHEN & MASELEK**
53 State Street, Suite 500
Boston, MA 02109
P: 617.742.6520 (Ext. 246)
*rmaselek@mcmlawfirm.com*

Carl V. Malmstrom**
**WOLF HALDENSTEIN ADLER FREEMAN &**
**HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois  60604
P: 312.984.0000
*malmstrom@whafh.com*
*Counsel for Plaintiffs Whalen & Millspaugh*

*** Admitted Pro Hac Vice*
*++ Motion for Admission Pro Hac Vice*
*Forthcoming*

4

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on December 12, 2024, the undersigned filed via CM/ECF the foregoing document, which will thereby serve a true and correct copy of the same electronically upon all counsel of record in this action at all email addresses designated by them for service.

*/s/ Jeffrey S. Haut.*
**Jeffrey S. Haut, Esq.\*\***
Florida Bar No. 124147
*Counsel for Defendant*
*The Trustees of Emmanuel College*

**\*\*Admitted Pro Hac Vice**