IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Emmanuel College Data Security Incident | Case No. 1:24-CV-10314-AK <br><br> Judge: Hon. Angel Kelley |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiffs and Class Representatives Elizabeth Parchinskya, Grace Viviano, Brian Hamdan, Sopiya Shrestha, Casey Whalen, and Luke Millspaugh, individually and on behalf of all others similarly situated, hereby move this Court for final approval of the class action Settlement that this Court preliminarily approved on March 13, 2025.

Class Representatives respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);

2. Finally appoint Elizabeth Parchinskya, Grace Viviano, Brian Hamdan, Sopiya Shrestha, Casey Whalen, and Luke Millspaugh as Class Representatives;

3. Finally appoint David Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC, Kevin Laukaitis of Laukaitis Law LLC, Daniel Srourian of Srourian Law Firm, P.C., Nickolas Hagman of Cafferty Clobes Meriwether & Sprengel LLP, and Carl Malmstrom of Wolf Haldenstein Adler Freeman & Herz LLC as Class Counsel;

4. Approve the requested attorneys' fees of $275,000.00, and reimbursement of litigation expenses in the amount of $11,564.23 to Class Counsel;

5. Finally approve the requested Service Award of $2,500.00 for each Class Representative, for a total of $15,000.00;

1

6. Find that the Notice met the requirements of Rule 23(c)(2)(B);

7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

8. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Final Approval Order and Judgment and the terms of the Settlement Agreement;

9. Resolve all claims as to all Parties and Class Members in this action and issue the [Proposed] Final Approval Order and Judgment; and

10. Dismiss the lawsuit with prejudice and without costs, except as provided in the Settlement Agreement.

Defendant does not oppose the relief sought in this motion.

WHEREFORE premises considered, Plaintiffs request that this Court grant this motion, as well as *Plaintiffs' Motion for an Award of Attorneys' Fees, Costs and for a Service Award*, filed on June 6, 2025 (Doc. No. 38).

Dated: July 8, 2025                                Respectfully submitted,

*/s/ David K. Lietz*
David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300
rkassan@milberg.com

Carl V. Malmstrom (admitted *pro hac vice*)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax:  (212) 686-0114
malmstrom@whafh.com

Kevin Laukaitis (admitted *pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4492
klaukaitis@laukaitislaw.com

Daniel O. Herrera (*pro hac vice* forthcoming)
Nickolas J. Hagman (*pro hac vice* forthcoming)
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Tel: 312-782-4880
dherrera@caffertyclobs.com
nhagman@caffertyclobes.com

Daniel Srourian, Esq.(*pro hac vice* forthcoming)
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiffs and the Settlement Class*

3

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Plaintiffs conferred with Defendant by providing Defendant with a copy of the proposed motion and memorandum to Defendant's Counsel via email. Defendant indicated that it does not oppose the relief sought in this motion.

Dated: July 8, 2025

*s/ David K. Lietz*
*Class Counsel and Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ David K. Lietz*
*Class Counsel and Counsel for Plaintiffs*